IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**NOAH LEPARD AND KRISTIN LEPARD**            **PLAINTIFFS**

**VS.**            **CIVIL ACTION NO. 1:21-cv-00099-GHD-DAS**

**CATERPILLAR INC.**            **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause was brought on before the Court on the *Joint Motion to Dismiss with Prejudice* of the Plaintiffs, NOAH LEPARD and KRISTIN LEPARD ("collectively, the Plaintiffs"), and the Defendant, CATERPILLAR INC. ("Caterpillar") to have the claims asserted by the Plaintiff against Caterpillar in this matter dismissed with prejudice and the Court being fully advised in the premises that the parties have reached a settlement agreement, finds that said *Motion* is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims asserted by the Plaintiffs against Caterpillar in the above styled cause of action are hereby dismissed with prejudice with each party to bear his, her or its own costs and attorneys' fees, and that all claims and causes of action asserted by the Plaintiffs against Caterpillar, are hereby dismissed with prejudice, with each party to bear his, her or its own costs and attorneys' fees.

SO ORDERED on this the 3rd day of June, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

**SUBMITTED AND AGREED TO BY:**

*s/ John T. Rouse*
John T. Rouse (MSB No. 101586)
MCGLINCHEY STAFFORD, PLLC
1020 Highland Colony Pkwy, Ste 702
Ridgeland, MS 39157
Tel: (769) 524-2329 | Fax: (601) 608-7871
Email: jrouse@mcglinchey.com

Deirdre C. McGlinchey (*pro hac vice* admission)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Tel: (504) 586-1200 | Fax: (504) 596-2800
Email: dmcglinchey@mcglinchey.com

*Attorneys for Defendant, Caterpillar, Inc.*


**AGREED TO BY:**

*s/ A. Rhett Wise*
A. Rhett Wise (MS Bar No. 9461)
PRIEST & WISE, PLLC
P.O. Box 46
Tupelo, MS 38802
Tel: (662) 842-4656 | Fax: (662) 842-4855
Email: rhettwise@bellsouth.net

*Attorney for the Plaintiffs*

20669561.1